| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-10305-PMM**

Marcia K. Garraway  
1030 Gregory Lane  
Temple  PA   19560

Petition Filed Date: 01/16/2020  
341 Hearing Date: 03/24/2020  
Confirmation Date: 07/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/25/2020 | $325.00 | | 03/24/2020 | $325.00 | | 04/22/2020 | $339.00 | |
| 05/22/2020 | $339.00 | | 06/29/2020 | $339.00 | | 07/27/2020 | $339.00 | |
| 08/24/2020 | $339.00 | | 09/29/2020 | $339.00 | | 11/09/2020 | $339.00 | |
| 12/09/2020 | $339.00 | | 01/11/2021 | $339.00 | | 02/05/2021 | $339.00 | |
| 03/22/2021 | $339.00 | | 06/01/2021 | $339.00 | | | | |

**Total Receipts for the Period: $4,718.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,718.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA<br>»» 02S | Secured Creditors | $11,721.50 | $1,500.00 | $10,221.50 |
| 2 | SANTANDER CONSUMER USA<br>»» 02U | Unsecured Creditors | $5,364.70 | $0.00 | $5,364.70 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,575.00 | $2,500.41 | $1,074.59 |
| 3 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $1,677.59 | $0.00 | $1,677.59 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $1,160.69 | $0.00 | $1,160.69 |
| 6 | MIDFIRST BANK<br>»» 005 | Mortgage Arrears | $3,027.59 | $0.00 | $3,027.59 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $1,250.49 | $0.00 | $1,250.49 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $9,781.06 | $0.00 | $9,781.06 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $605.64 | $0.00 | $605.64 |
| 10 | BECKET & LEE, LLP<br>»» 009 | Unsecured Creditors | $163.22 | $0.00 | $163.22 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $954.93 | $0.00 | $954.93 |
| 12 | FORTIVA/ATLANTICUS<br>»» 011 | Unsecured Creditors | $4,072.33 | $0.00 | $4,072.33 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $2,076.55 | $0.00 | $2,076.55 |
| 14 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $377.02 | $0.00 | $377.02 |

| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  014 | Unsecured Creditors | $2,609.21 | $0.00 | $2,609.21 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,718.00 | Current Monthly Payment: | $339.87 |
| Paid to Claims: | $4,000.41 | Arrearages: | $688.44 |
| Paid to Trustee: | $412.49 | Total Plan Base: | $20,360.72 |
| Funds on Hand: | $305.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.