# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Marcia K. Garraway                    Bankruptcy No. 20-10305-pmm
                    Debtors                     Chapter 13

### ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 8/17/21-8/22/21.

BY THE COURT

Dated: 9/13/21

*Patricia M. Mayer*

Patricia M. Mayer
U.S. Bankruptcy Judge