# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Marcia K. Garraway                     Bankruptcy No. 20-10305-pmm
                Debtors                              Chapter 13

## ORDER

    AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the THIRD Amended Chapter 13 Plan is CONFIRMED.

**Date: September 16, 2021**

BY THE COURT

_____
PATRICIA M. MAYER
United States Bankruptcy Judge