| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-10305-PMM

Marcia K. Garraway  
1030 Gregory Lane  
Temple  PA    19560

Petition Filed Date: 01/16/2020  
341 Hearing Date: 03/24/2020  
Confirmation Date: 07/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2021 | $339.00 | | 06/28/2021 | $339.00 | | 08/16/2021 | $339.00 | |
| 09/20/2021 | $340.26 | | 10/19/2021 | $340.26 | | 11/22/2021 | $340.26 | |
| 01/06/2022 | $340.26 | | 01/28/2022 | $340.26 | | 02/25/2022 | $340.26 | |
| 03/30/2022 | $340.26 | | 04/25/2022 | $340.26 | | 05/31/2022 | $340.26 | |
| 06/29/2022 | $340.26 | | 07/26/2022 | $340.26 | | | | |

**Total Receipts for the Period: $4,759.86    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,138.86**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA  »»  02S | Secured Creditors | $11,721.50 | $3,000.00 | $8,721.50 |
| 2 | SANTANDER CONSUMER USA  »»  02U | Unsecured Creditors | $5,364.70 | $0.00 | $5,364.70 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,575.00 | $3,575.00 | $0.00 |
| 3 | US DEPT OF HUD  »»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP  »»  003 | Unsecured Creditors | $1,677.59 | $0.00 | $1,677.59 |
| 5 | AMERICAN INFOSOURCE LP  »»  004 | Unsecured Creditors | $1,160.69 | $0.00 | $1,160.69 |
| 6 | MIDFIRST BANK  »»  005 | Mortgage Arrears | $3,027.59 | $174.30 | $2,853.29 |
| 7 | MIDLAND CREDIT MANAGEMENT INC  »»  006 | Unsecured Creditors | $1,250.49 | $0.00 | $1,250.49 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR  »»  007 | Unsecured Creditors | $9,781.06 | $0.00 | $9,781.06 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES  »»  008 | Unsecured Creditors | $605.64 | $0.00 | $605.64 |
| 10 | BECKET & LEE, LLP  »»  009 | Unsecured Creditors | $163.22 | $0.00 | $163.22 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES  »»  010 | Unsecured Creditors | $954.93 | $0.00 | $954.93 |
| 12 | FORTIVA/ATLANTICUS  »»  011 | Unsecured Creditors | $4,072.33 | $0.00 | $4,072.33 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC  »»  012 | Unsecured Creditors | $2,076.55 | $0.00 | $2,076.55 |
| 14 | CITIBANK NA  »»  013 | Unsecured Creditors | $377.02 | $0.00 | $377.02 |

| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $2,609.21 | $0.00 | $2,609.21 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,138.86 | Current Monthly Payment: | $340.26 |
| Paid to Claims: | $8,039.30 | Arrearages: | $339.87 |
| Paid to Trustee: | $786.52 | Total Plan Base: | $21,728.09 |
| Funds on Hand: | $313.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.