| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-10305-PMM**

| | |
|---|---|
| Marcia K. Garraway | Petition Filed Date: 01/16/2020 |
| 1030 Gregory Lane | 341 Hearing Date: 03/24/2020 |
| Temple  PA   19560 | Confirmation Date: 07/23/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2022 | $340.26 | | 09/26/2022 | $340.26 | | 10/20/2022 | $340.26 | |
| 11/28/2022 | $340.26 | | 12/27/2022 | $340.26 | | 01/24/2023 | $340.26 | |
| 02/28/2023 | $340.26 | | 03/24/2023 | $340.26 | | 04/27/2023 | $340.26 | |
| 05/24/2023 | $340.26 | | 06/27/2023 | $340.26 | | 07/26/2023 | $340.26 | |

**Total Receipts for the Period: $4,083.12    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,221.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | SANTANDER CONSUMER USA<br>»» 02S | Secured Creditors | $11,721.50 | $5,728.35 | $5,993.15 |
| 2 | SANTANDER CONSUMER USA<br>»» 02U | Unsecured Creditors | $5,364.70 | $0.00 | $5,364.70 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,575.00 | $3,575.00 | $0.00 |
| 3 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $1,677.59 | $0.00 | $1,677.59 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,160.69 | $0.00 | $1,160.69 |
| 6 | MIDFIRST BANK<br>»» 005 | Mortgage Arrears | $3,027.59 | $1,192.23 | $1,835.36 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $1,250.49 | $0.00 | $1,250.49 |
| 8 | QUANTUM3  GROUP LLC  AS AGENT FOR<br>»» 007 | Unsecured Creditors | $9,781.06 | $0.00 | $9,781.06 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $605.64 | $0.00 | $605.64 |
| 10 | CAPITAL ONE NA<br>»» 009 | Unsecured Creditors | $163.22 | $0.00 | $163.22 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $954.93 | $0.00 | $954.93 |
| 12 | FORTIVA/ATLANTICUS<br>»» 011 | Unsecured Creditors | $4,072.33 | $0.00 | $4,072.33 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $2,076.55 | $0.00 | $2,076.55 |
| 14 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $377.02 | $0.00 | $377.02 |

**Chapter 13 Case No. 20-10305-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $2,609.21 | $0.00 | $2,609.21 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $13,221.98 | | Current Monthly Payment: | $340.26 |
| Paid to Claims: | $11,785.58 | | Arrearages: | $339.87 |
| Paid to Trustee: | $1,126.76 | | Total Plan Base: | $21,728.09 |
| Funds on Hand: | $309.64 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.