| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-10305-PMM**

| | |
|---|---|
| Marcia K. Garraway | Petition Filed Date: 01/16/2020 |
| 1030 Gregory Lane | 341 Hearing Date: 03/24/2020 |
| Temple  PA    19560 | Confirmation Date: 07/23/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2023 | $340.26 | | 09/28/2023 | $340.26 | | 10/27/2023 | $340.26 | |
| 11/28/2023 | $340.26 | | 12/27/2023 | $340.26 | | 01/26/2024 | $340.26 | |
| 03/01/2024 | $340.26 | | 04/01/2024 | $340.26 | | 04/26/2024 | $340.26 | |
| 06/07/2024 | $340.26 | | 07/09/2024 | $340.26 | | | | |

**Total Receipts for the Period: $3,742.86   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,305.10**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA INC »» 02S | Secured Creditors | $11,721.50 | $8,783.85 | $2,937.65 |
| 2 | SANTANDER CONSUMER USA INC »» 02U | Unsecured Creditors | $5,364.70 | $0.00 | $5,364.70 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,575.00 | $3,575.00 | $0.00 |
| 3 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $1,677.59 | $0.00 | $1,677.59 |
| 5 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $1,160.69 | $0.00 | $1,160.69 |
| 6 | MIDFIRST BANK »» 005 | Mortgage Arrears | $3,027.59 | $2,127.95 | $899.64 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $1,250.49 | $0.00 | $1,250.49 |
| 8 | QUANTUM3  GROUP LLC  AS AGENT FOR »» 007 | Unsecured Creditors | $9,781.06 | $0.00 | $9,781.06 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $605.64 | $0.00 | $605.64 |
| 10 | CAPITAL ONE NA »» 009 | Unsecured Creditors | $163.22 | $0.00 | $163.22 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $954.93 | $0.00 | $954.93 |
| 12 | FORTIVA/ATLANTICUS »» 011 | Unsecured Creditors | $4,072.33 | $0.00 | $4,072.33 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $2,076.55 | $0.00 | $2,076.55 |
| 14 | CITIBANK NA »» 013 | Unsecured Creditors | $377.02 | $0.00 | $377.02 |

**Chapter 13 Case No. 20-10305-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $2,609.21 | $0.00 | $2,609.21 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,305.10 | Current Monthly Payment: | $340.26 |
| Paid to Claims: | $15,776.80 | Arrearages: | $680.13 |
| Paid to Trustee: | $1,528.30 | Total Plan Base: | $21,728.09 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.