United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-10305-pmm
Marcia K. Garraway     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Aug 22, 2025     Form ID: 138OBJ     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcia K. Garraway, 1030 Gregory Lane, Temple, PA 19560-9582 |
| 14599431 | + | MIDFIRST BANK, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14490664 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14469384 | + | Mr. Cooper, PO Box 5170, Simi Valley, CA 93062-5170 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 23 2025 00:32:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 23 2025 00:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14465472 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2025 00:35:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14453320 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2025 00:36:33 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14465473 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2025 00:36:33 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14478166 | | Email/PDF: bncnotices@becket-lee.com | Aug 23 2025 00:36:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14485922 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2025 06:59:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14453322 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2025 00:32:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14484551 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 23 2025 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14453323 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2025 00:47:23 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14453324 | + | Email/Text: Documentfiling@lciinc.com | Aug 23 2025 00:32:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-5839 |
| 14453325 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 23 2025 00:36:50 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14520354 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 23 2025 00:36:02 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14453326 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 20-10305-pmm   Doc 67   Filed 08/24/25   Entered 08/25/25 00:37:13   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2025 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 23 2025 00:32:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14472109 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2025 00:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14469271 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2025 00:32:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14487594 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 23 2025 00:32:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14453327 | + | Email/Text: bnc@nordstrom.com | Aug 23 2025 00:32:05 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14478100 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2025 00:47:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14475430 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2025 00:32:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14464684 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 23 2025 00:32:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14453328 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 23 2025 00:32:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 14453329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2025 00:47:39 | Syncb/cheapoair Plcc, C/o Po Box 965022, Orlando, FL 32896-0001 |
| 14453330 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2025 00:36:08 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14453332 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 23 2025 00:32:00 | Tbom/atls/fpl, Po Box 105555, Atlanta, GA 30348-5555 |
| 14453333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2025 06:59:55 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14482358 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 23 2025 00:32:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14456064 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 23 2025 00:36:33 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14468985 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 23 2025 00:36:33 | U.S. Dept. of Housing and Urban Development, The Wannamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14453331 | | Syncb/walmart |
| 14453321 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14631221 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14477464 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14457896 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 20-10305-pmm    Doc 67    Filed 08/24/25    Entered 08/25/25 00:37:13    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2025 | Form ID: 138OBJ | Total Noticed: 33 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025                               Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:

**Name**  **Email Address**

BRENNA HOPE MENDELSOHN
on behalf of Debtor Marcia K. Garraway tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@pincuslaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

*Form 138OBJ* (6/24)−doc 66 − 65

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Marcia K. Garraway<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20−10305−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 22, 2025

For The Court

Timothy B. McGrath
Clerk of Court