United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marcia K. Garraway  
    Debtor

Case No. 20-10305-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Aug 22, 2025      Form ID: 234      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marcia K. Garraway, 1030 Gregory Lane, Temple, PA 19560-9582 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:

**Name**      **Email Address**

BRENNA HOPE MENDELSOHN  
     on behalf of Debtor Marcia K. Garraway tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON  
     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK  
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@pincuslaw.com

SCOTT F. WATERMAN [Chapter 13]  
     ECFMail@ReadingCh13.com

United States Trustee  
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG  
     on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 22, 2025 | Form ID: 234 | Total Noticed: 1

mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Marcia K. Garraway
        Debtor(s)
        Case No:20−10305−pmm
        Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

        For The Court

        Timothy B. McGrath
        Clerk of Court

Date: 8/22/25