| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 20-10305-PMM**

| | |
|---|---|
| Marcia K. Garraway | Petition Filed Date: 01/16/2020 |
| 1030 Gregory Lane | 341 Hearing Date: 03/24/2020 |
| Temple  PA   19560 | Confirmation Date: 07/23/2020 |

Case Status: Completed on 7/22/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $340.26 | | 09/03/2024 | $340.26 | | 10/10/2024 | $340.26 | |
| 10/22/2024 | $340.26 | | 12/16/2024 | $340.26 | | 01/13/2025 | $340.26 | |
| 02/10/2025 | $680.13 | | 04/01/2025 | $340.26 | | 05/08/2025 | $340.26 | |
| 06/09/2025 | $340.26 | | 06/24/2025 | $340.26 | | 07/22/2025 | $680.52 | |

**Total Receipts for the Period: $4,763.25   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,728.09**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | SANTANDER CONSUMER USA INC »» 02S | Secured Creditors | $11,721.50 | $11,721.50 | $0.00 |
| 2 | SANTANDER CONSUMER USA INC »» 02U | Unsecured Creditors | $5,364.70 | $45.58 | $5,319.12 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,575.00 | $3,575.00 | $0.00 |
| 3 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $1,677.59 | $14.25 | $1,663.34 |
| 5 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $1,160.69 | $9.86 | $1,150.83 |
| 6 | MIDFIRST BANK »» 005 | Mortgage Arrears | $3,027.59 | $3,027.59 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $1,250.49 | $10.63 | $1,239.86 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $9,781.06 | $83.11 | $9,697.95 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $605.64 | $5.15 | $600.49 |
| 10 | CAPITAL ONE NA »» 009 | Unsecured Creditors | $163.22 | $1.39 | $161.83 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $954.93 | $8.11 | $946.82 |
| 12 | FORTIVA/ATLANTICUS »» 011 | Unsecured Creditors | $4,072.33 | $34.60 | $4,037.73 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $2,076.55 | $17.64 | $2,058.91 |
| 14 | CITIBANK NA »» 013 | Unsecured Creditors | $377.02 | $3.20 | $373.82 |

**Chapter 13 Case No. 20-10305-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $2,609.21 | $22.17 | $2,587.04 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 16 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | MERRICK BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,728.09 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $19,869.78 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,858.31 | Total Plan Base: | $21,728.09 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.